UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| LARRY C. LAY, et al., | ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | No. 3:06-CV-111 (Phillips) |
| BURLEY STABILIZATION CORPORATION, et al., | ) ) ) | |
| Defendants. | ) | |

## JUDGMENT ORDER

This action came before the court on motions of the defendants to dismiss pursuant to Fed.R.Civ.P. Rules 12(b)(1) and (6). The issues having been heard,, and defendants' motions to dismiss pursuant to Rules 12(b)(1) and (6) having been granted by the Honorable Thomas W. Phillips, United States District Judge,

**IT IS ORDERED AND ADJUDGED** that the claims against defendant Commodity Credit Corporation are **DISMISSED WITH PREJUDICE;** and the claims against Burley Stabilization Corporation and the individual defendants are **DISMISSED WITHOUT PREJUDICE.** Accordingly, this action is **DISMISSED** in its entirety.

Dated at Knoxville, Tennessee, this ____ day of March, 2007.

                                                       s/ Patricia L. McNutt
                                                      Clerk of Court